UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ELENA BOTTS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE JOHNS HOPKINS UNIVERSITY,<br><br>Defendant. | Case No. 1:20-cv-1335-ELH<br><br>Hon. Ellen L. Hollander |

**DEFENDANT JOHNS HOPKINS UNIVERSITY'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Johns Hopkins University respectfully submits this notice of supplemental authority to bring to the Court's attention an order in *Lindner v. Occidental College*, Case No. CV-20-8481-JFW(RAOx) (C.D. Cal. Dec. 11, 2020). Judge John F. Walter of the Central District of California granted Occidental College's motion to dismiss a similar complaint relating to the college's transition to remote learning in response to COVID-19. The order dismissed with prejudice claims for breach of contract, breach of implied contract, unjust enrichment, conversion, and money had and received. A true and correct copy of this order is attached as Exhibit 1.

DATED: December 15, 2020

Respectfully submitted,

*/s/ Jonathan Cooper*
Jonathan Cooper (Bar No. 21345)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel. (202) 538-8000
Fax (202) 538-8100
jonathancooper@quinnemanuel.com

Kathleen M. Sullivan (*pro hac vice*)
Shon Morgan (*pro hac vice*)
Crystal Nix-Hines (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel. (213) 443-3000
Fax (213) 443-3100
kathleensullivan@quinnemanuel.com
shonmorgan@quinnemanuel.com
crystalnixhines@quinnemanuel.com

*Attorneys for Defendant,*
*Johns Hopkins University*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Supplemental Authority was served on all counsel of record on December 15, 2020, using the Court's CM/ECF system, which will send a notification of such filing.

*/s/ Jonathan Cooper*
Jonathan Cooper