UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ELENA BOTTS, *on behalf of herself and all others similarly situated*, <br><br> *Plaintiff*, <br><br> v. <br><br> THE JOHNS HOPKINS UNIVERSITY, <br><br> *Defendant*. | Civil Action No. 1:20-cv-01335-JRR |

**PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND LITIGATION COSTS AND FOR A SERVICE AWARD**

Plaintiff Elena Botts, by Class Counsel and in accordance with the parties' Settlement Agreement and Release, moves the Court for an award of attorneys' fees and litigation costs and for a service award for Plaintiff. Defendant does not oppose the relief sought herein. In support of her motion, Plaintiff relies upon the concurrently filed Memorandum of Law and its Exhibits.

Dated:   March 3, 2023

Respectfully submitted,

ELENA BOTTS, *by her attorneys*,

*/s/John Soumilas*
James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
Jordan M. Sartell (*pro hac vice*)
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
jsartell@consumerlawfirm.com

Courtney L. Weiner (#19463)
Law Office of Courtney Weiner PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
T: 202-827-9980
cw@courtneyweinerlaw.com

Kevin Mallon (*pro hac vice*)
FRANCIS MAILMAN SOUMILAS, P.C.
One Liberty Plaza, Suite 2301
New York, NY 10006
T: (646) 759-3663
consumer.esq@outlook.com

*Counsel for Plaintiff and the Proposed Settlement Class*

**CERTIFICATE OF SERVICE**

The undersigned certifies that he filed the foregoing document and its exhibits using the Court's CM/ECF system, which shall provide notice of same to all counsel of record.

Dated:   March 3, 2023              /s/John Soumilas
                                     John Soumilas