## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| ELENA BOTTS, *on behalf of herself and all others similarly situated*,<br><br>   *Plaintiff*,<br><br>   v.<br><br>THE JOHNS HOPKINS UNIVERSITY,<br><br>   *Defendant*. | Civil Action No. 1:20-cv-01335-JRR |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SECOND SETTLEMENT ADDENDUM AND ORDER DIRECTING NOTICE TO SECOND GROUP OF ADDITIONAL CLASS MEMBERS

Named Plaintiff and Class Representative Elena Botts, by Class Counsel, hereby moves this Court for preliminary approval of the Second Addendum to Class Settlement Agreement and Release, which is attached as Exhibit 1 to her concurrently filed Memorandum of Law, and for an Order directing notice to the 2,607 class members identified by Defendant after the fairness hearing of December 13, 2023, the Second Group of Additional Students.

Defendant does not oppose the relief sought herein.

Dated:   March 29, 2024

Respectfully submitted,

ELENA BOTTS, *by her attorneys*,

*/s/John Soumilas*
James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
Jordan M. Sartell (*pro hac vice*)
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
jsartell@consumerlawfirm.com

Courtney L. Weiner (#19463)
Law Office of Courtney Weiner PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
T: 202-827-9980
cw@courtneyweinerlaw.com

Kevin Mallon (*pro hac vice*)
FRANCIS MAILMAN SOUMILAS, P.C.
One Liberty Plaza, Suite 2301
New York, NY 10006
T: (646) 759-3663
consumer.esq@outlook.com

*Counsel for the Class*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he filed the foregoing document and its exhibits using the Court's CM/ECF system, which shall provide notice of same to all counsel of record.

Dated:   March 29, 2024             */s/John Soumilas*
                                    John Soumilas