UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| ELENA BOTTS, *on behalf of herself and all others similarly situated*,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE JOHNS HOPKINS UNIVERSITY,<br><br>    *Defendant*. | Civil Action No. 1:20-cv-01335-JRR |

## **MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT – THIRD PHASE**

Plaintiff and Class Representative Elena Botts, by Class Counsel, moves the Court pursuant to Fed. R. Civ. P. 23(e) for final approval of the third phase of the parties' class action settlement, as set forth in their Second Addendum to Class Settlement Agreement and Release, ECF 114-2.

Plaintiff's motion is supported by the contemporaneously filed Memorandum of Law and its exhibits. Defendant does not oppose the relief sought in this motion.

Dated:    July 15, 2024

Respectfully submitted,

ELENA BOTTS, *by her attorneys*,

*/s/John Soumilas*
James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
Jordan M. Sartell (*pro hac vice*)
Francis Mailman Soumilas, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
jsartell@consumerlawfirm.com

Courtney L. Weiner (#19463)
Law Office of Courtney Weiner PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
T: 202-827-9980
cw@courtneyweinerlaw.com

Kevin Mallon (*pro hac vice*)
FRANCIS MAILMAN SOUMILAS, P.C.
One Liberty Plaza, Suite 2301
New York, NY 10006
T: (646) 759-3663
consumer.esq@outlook.com

*Counsel for Plaintiff and the Proposed Settlement Class*

**CERTIFICATE OF SERVICE**

The undersigned certifies that he filed the foregoing document and its exhibits using the Court's CM/ECF system, which shall provide notice of same to all counsel of record.

Dated:   July 15, 2024                                          */s/John Soumilas*
                                                                                John Soumilas